FREDERICK MARX et al., Respondents, *v.* EUGENE A. GROSS et al., Appellants.

(Argued April 26, 1894; decided June 5, 1894.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made March 6, 1893, which affirmed a judgment in favor of plaintiffs entered upon the report of a referee.

*George M. Thomson* and *Austen G. Fox* for appellants.

*George A. Black* for respondents.

Agree to affirm on opinion below.
All concur.
Judgment affirmed. _____